UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DAMON B. PARKS,

       Plaintiff,

   v.

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

       Defendant.

Case No. 08-cv-749-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Magistrate Judge Clifford J. Proud's Report and Recommendation ("R & R") (Doc. 21) of January 22, 2010, wherein it is recommended that the final decision of Defendant Michael J. Astrue, Commissioner of Social Security, be affirmed. Neither Parks nor Astrue have filed an objection to the R & R.

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court has discretion to conduct a new hearing and may consider the record before the magistrate judge anew or receive any further evidence deemed necessary. *Id.*

The Court must review *de novo* the portions of the report to which specific written objections are made. Fed. R. Civ. P. 72(b). "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has reviewed the entire file and finds that the R & R is not clearly erroneous. Accordingly, the Court hereby **ADOPTS** the R & R (Doc. 21), which **AFFIRMS** Astrue's final decision. Specifically, the Court finds that Parks is not disabled and, as a result, is not entitled to Supplemental Security Income Benefits. The Court **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED**
**DATED: February 17, 2010**

                                                s/ J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**