UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DAMON B. PARKS,

      Plaintiff,

  v.

MICHAEL J. ASTRUE,
*Commissioner of Social Security*,

      Defendant.

Case No. 08-cv-749-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of Michael J. Astrue, Commissioner of Social Security, which denied Plaintiff Damon B. Parks' application for Supplemental Security Income Benefits, be affirmed.

**NANCY ROSENSTENGEL, CLERK**

**Date: February 17, 2010**                    s/Brenda K. Lowe, Deputy Clerk

**Approved:**    s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**